UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA            :     **INDICTMENT**

   - v. -                          :     07 Cr.

BRYAN NOBLE,                        :
    a/k/a "Brian Noble,"

                             Defendant.   :
------------------------------------x

**07 CRIM. 284**

JUDGE KARAS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 11 2007

COUNT ONE

The Grand Jury charges:

1.   On or about June 14, 2006, in the Southern District of New York, BRYAN NOBLE, a/k/a "Brian Noble," the defendant, having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about December 4, 1992 for criminal possession of a controlled substance in the third degree with intent to sell, a Class B Felony, and, after having been convicted in a court of three serious drug offenses committed on occasions different from one another and punishable by a maximum term of imprisonment of ten years or more, to wit, a conviction on or about December 4, 1992 for criminal possession of a controlled substance in the third degree with intent to sell, a Class B Felony, in Nassau County Court, a conviction on or about December 4, 1992 for criminal possession of a controlled substance in the third degree with intent to sell, a Class B Felony, in Nassau County Court, and a conviction on or about April 19, 1993 for criminal possession of a controlled substance in the third degree

with intent to sell, a Class B Felony, in Kings County Supreme Court, unlawfully, willfully, and knowingly did possess in and affecting commerce, a firearm, to wit, a loaded .40 caliber Hi-Point, which had previously been shipped and transported in interstate commerce.

                      (Title 18, United States Code, Sections
                             922(g)(1), 924(e)(1) and 2.)

_____                _____
FOREPERSON                                      MICHAEL J. GARCIA
                                                    United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

- v. -

BRYAN NOBLE,
a/k/a "Brian Noble,"

Defendant.

---

**INDICTMENT**

07 Cr.

(18 U.S.C. §§ 922(g)(1), 924(e)(1) and 2.)



MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

*/s/ Grace Fiaracchia-Puris*
Foreperson.

---

Post-It 11/1/87

4/11/07 - Fld. Indictment, case assigned to J. Karas for all purposes.
S/Eaton, Jr. U.S.M.J.