AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __NEW YORK__

**APPEARANCE**

United States
v.
Bryan Noble

Case Number: 07 Cr. 284 (KMK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Bryan Noble

I certify that I am admitted to practice in this court.

May 1, 2007
Date

*Barry Krinsky* (signature)

Barry Krinsky
Print Name

6787
Bar Number

50 Court Street
Address

Brooklyn  NY, 11201
City         State         Zip Code

(718) 643-1878
Phone Number

(718) 643-1879
Fax Number