UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/07
```

United States of America,

    -v-

Bryan Noble

            Defendant.

Case No. 07-CR-284 (RJS)

ORDER

KENNETH M. KARAS, District Judge:

    The above-entitled action having been re-assigned to the undersigned for all purposes,

    IT IS HEREBY ORDERED that all parties appear with counsel for argument on all outstanding motions on **October 2, 2007 at 10:30am** in the United States Federal Courthouse- 500 Pearl Street, New York, New York.\* The Court will schedule a hearing date at that time.

SO ORDERED.

Dated:    September 17, 2007
           New York, New York

                                    RICHARD J. SULLIVAN
                                    UNITED STATES DISTRICT JUDGE

\* Counsel are directed to check with the Court Security Officers in the Lobby for Courtroom assignment.