

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA          :
                                  :
        v.                        :   **ORDER**
                                  :
BRYAN NOBLE,                      :   07 Cr. 284 (RJS)
                                  :
                                  :
        Defendant.                :
------------------------------------x

**RICHARD J. SULLIVAN, U.S. DISTRICT JUDGE:**

   IT IS HEREBY:

   ORDERED that the defendant, Bryan Noble, Register Number 59574-054, undergo a psychological evaluation at a Bureau of Prisons facility not to exceed forty five days to determine whether he is competent to understand the nature and consequences of the proceedings against him and to assist counsel in his defense pursuant to Title 18, United States Code, Section 4241(b);

   IT IS FURTHER:

   ORDERED that, if possible, the Bureau of Prisons designate such psychological evaluation to take place at the Metropolitan Correctional Center;

   IT IS FURTHER:

   ORDERED that a report concerning the results of this examination shall be filed with the Court within five days after the completion of the psychological evaluation and copies of the report shall be provided to counsel for the defendant, Barry Krinsky, Esq., and Assistant United States Attorney Rebecca Monck

Ricigliano, pursuant to Title 18, United States Code, Section 4247(c);

IT IS FURTHER:

ORDERED that a conference in this matter will be held on December 6, 2007 at 11 a.m., and that time under the Speedy Trial Act is excluded from today to December 6, 2007 pursuant to Title 18, United States Code, Sections 3161(h)(1)(A) and (F).

Dated:   New York, New York
         October 2, 2007

```
                              _____
                              RICHARD J. SULLIVAN
                              UNITED STATES DISTRICT JUDGE
```

2