U.S. Department of Justice

Federal Bureau of Prisons

Office of the Warden

Metropolitan Correctional Center
150 Park Row
New York, New York 10007
(646) 836-6335, (646) 836-7712 (Fax)

November 15, 2007

Honorable Richard J. Sullivan
United States District Judge
United States Courthouse
500 Pearl Street, Room 615
New York, NY 10007

Re:    **NAME: NOBLE, BRYAN**
       **REGISTER NUMBER: 59574-057**
       **CRIMINAL NUMBER: 07 Cr. 284 (RJS)**

Dear Judge Sullivan:

We are in receipt of your Court Order pursuant to Title 18, United States Code, Section 4241 dated October 2, 2007, in the case of Mr. Bryan Noble.

Mr. Bryan Noble was designated at the Metropolitan Correctional Center, New York on November 7, 2007. In order to provide the Court with a comprehensive and thorough report, we generally ask for 30 days from the date of arrival, which would conclude on December 7, 2007.

If the Court requires an expedited evaluation, we will make every effort to accommodate. Thank you for your consideration in this matter.

Sincerely,

James N. Cross
Warden

JNC/WR/wr

*Handwritten order:* The Bureau of prisons shall submit The psychiatric report no later than December 7, 2007. The parties shall appear for a conference on Dec. 13, 2007 at 12:30 pm. T/E until Dec. 13, 2007.

SO ORDERED
Dated: 11/19/07
RICHARD J. SULLIVAN
U.S.D.J.