UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/08
```

UNITED STATES OF AMERICA,

-v-

BRYAN NOBLE,

            Defendant.

No. 07 Crim. 284 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    IT IS HEREBY ORDERED that the evidentiary hearing previously scheduled for Wednesday, February 20, 2008 is rescheduled to Friday, March 7, 2008 at 3:30 p.m.

SO ORDERED.

Dated:    February 12, 2008
          New York, New York

                                  RICHARD J. SULLIVAN
                                  UNITED STATES DISTRICT JUDGE