UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/08

UNITED STATES OF AMERICA

-v-

BRYAN NOBLE,

                Defendant.

No. 07 Cr. 284 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    At the evidentiary hearing on March 26, 2008, the Court adopted the following schedule:

    Defendant shall provide supplemental materials to the Court, if any, on or before April 10, 2008.

    If defendant chooses to provide the Court with supplemental materials, the government shall respond on or before April 17, 2008.

    Additionally, the Court shall hold a status conference in this case on _May 9_ at _10:15 AM_. The status conference shall be held in Courtroom 21C, United States District Court, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:    March 26, 2008
             New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE